IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROWLAND DANIEL LEMKE <br> as Independent Administrator of the Estate of <br> JOHN DAVID LEMKE, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVIS J. ALLEN, as Jefferson County Sheriff in his official capacity; UNKNOWN JEFFERSON COUNTY CORRECTIONAL OFFICERS, in their individual capacities; UNKNOWN JEFFERSON COUNTY EMPLOYEES, in their individual capacities; UNKNOWN JEFFERSON COUNTY SHERIFF'S EMPLOYEES; COUNTY OF JEFFERSON; ADVANCED CORRECTIONAL HEALTHCARE, INC., Illinois corporation; CHARLES PAULIUS, MD; CHERYL BROWN, LPN; DAN E. WILLIAMS, P.A.; UNKNOWN ADVANCED CORRECTIONAL HEALTHCARE, INC. EMPLOYEES, <br><br> Defendants. | No. 18-CV-1883 |

## NOTICE OF REMOVAL

NOW COMES Defendant Dan Williams, P.A., by his attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and hereby Petitions to remove this action from the Circuit Court of the Second Judicial Circuit, Jefferson County, Illinois to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. Section 1441, et seq. In support, your Defendant states as follows:

1.  On August 8, 2018, the Plaintiff, Rowland Daniel Lemke, as Independent Administrator of the Estate of John David Lemke, filed a Complaint against Defendants, Travis J. Allen, Unknown Jefferson County Correctional Officers, Unknown Jefferson County Employees, Unknown Jefferson County Sheriff's Employees, County of Jefferson, Advanced Correctional

Healthcare, Inc., Charles Paulius, M.D., Cheryl Brown, LPN, Dan E. Williams, P.A. and Unknown Advanced Correctional Healthcare, Inc. Employees. Plaintiff's Complaint is attached as Exhibit A. A copy of the online Court Docket is attached as Exhibit B.

2. In Count I of the Complaint, Plaintiff purports to assert causes of action against all defendants under 42 U.S.C. Section 1983 for various civil rights allegations.

3. This Court has original jurisdiction of the Section 1983 claim alleged in Count I.

4. To the extent that state law claims are asserted, the Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. Section 1367.

5. Defendant Dan Williams, P.A. was served a summons on October 4, 2018. Services was made by submitting the summons to counsel for Dan Williams, P.A. A copy of the summons is attached as Exhibit C.

6. Defendants Travis Allen, as Jefferson County Sheriff, County of Jefferson and Advanced Correctional Healthcare have been served with process. Each of these Defendants consent to this removal.

7. Defendants Charles Paulius, M.D. and Cheryl Brown, LPN have not yet been served with process.

8. Pursuant to 28 U.S.C. Section 1446(d) Defendant has given written notice of the filing of this Notice of Removal to all adverse parties and have filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Second Judicial District, Jefferson County, Illinois, thereby effecting removal to this Court.

WHEREFORE, Dan Williams, P.A., requests that the above action now pending against him in the Circuit Court of the Second Judicial District, Jefferson County, Illinois be removed to this Court.

Dan Williams, P.A., Defendant

By: _____*s/Matthew J. Maddox*_____
Matthew J. Maddox
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Matthew J. Maddox (Illinois Bar No. 6185870)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone: (217) 753-1133
Facsimile: (217) 753-1180
E-mail: mmaddox@quinnjohnston.com