IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROWLAND DANIEL LEMKE,

Plaintiff,

v.

TRAVIS J. ALLEN, et al.

Defendants.

Case No. 18-1883 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: February 22, 2022**          **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray,**
 **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**